Neil V. Shah (NS6015)
CONNELL FOLEY LLP
888 7th Avenue, 9th Floor
New York, New York 10106
*Attorneys for Defendant*
*Aetna Life Insurance Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BARRY COHEN, M.D., | Civil Action No.:14-civ-4697 (LGS) |
| Plaintiff, | |
| -against- | **NOTICE OF REMOVAL** |
| AETNA U.S. HEALTHCARE INSURANCE COMPANY, | |
| Defendant. | |

**NOTICE OF REMOVAL**

TO:    United States District Court
       Southern District of New York
       Daniel Patrick Moynihan
       United States Courthouse
       500 Pearl Street
       New York, NY 10007-1312

Pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, Defendant Aetna Life Insurance

Company, improperly sued as Aetna U.S. Healthcare Insurance Company (hereinafter "Aetna"),

removes this action to this Court and respectfully states as follows:

1.    On or around March 20, 2014, Plaintiff Barry Cohen, M.D. filed suit against

Aetna in the Civil Court of the City of New York, County of New York, Index No. CV-008232-

14/NY.

3109629-1

2.     Pursuant to 28 U.S.C. § 1446(a), attached as **Exhibit A** are true and correct copies of all process and pleadings served upon Aetna in the state court action, including the Summons and Complaint that the Plaintiff served on Aetna via U.S. Mail on or around March 25, 2014.

3.     This action is removable to this Court pursuant to 28 U.S.C. § 1441(a) because it is one over which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331.

4.     In the Complaint, Plaintiff alleges that he is a non-participating medical doctor who provided services to various Aetna members.

5.     Plaintiff alleges that he provided services to these Aetna members from July 7, 2011 to March 15, 2014, and that these individuals "assigned the medical insurance benefits to the plaintiff and plaintiff submitted medical claims to the defendant in the amount of $64,177.00."

6.     Plaintiff alleges that Aetna wrongfully denied these claims and seeks recovery for breach of contract and an award of reasonable attorneys' fees.

7.     Plaintiff's Complaint did NOT identify the specific Aetna patients on whose behalf, or claims as to which, he was seeking relief in this action.  Rather, Plaintiff simply stated that he provided medical services "between July 7, 2011 and March 15, 2014" to Aetna members, and that he "submitted medical claims to [Aetna] in the amount of $64,177.00 which the defendant arbitrarily and capriciously partially paid, refused to pay and deducted payments made as overpayments." Ex. A.

8.     On May 15, 2014, Plaintiff faxed to me several of the Explanations of Benefits ("EOBs") that relate to his allegations that Aetna "arbitrarily and capriciously partially paid, refused to pay and deducted payments made as overpayments."

2

3109629-1

9. Several of these EOBs relate to claims for benefits under employee-sponsored health benefit plans administered by Aetna, including plans sponsored by Deutsche Bank, Sanofi-Aventis U.S. LLC, KPMG LLP, TD Bank, N.A., Marsh & McLennan Companies, Inc., Bank of America Corporation, and Corporation Services Company.

10. Each of the health benefit plans in the preceding paragraph are self-funded employee health benefit plans that were created pursuant to, and governed by, the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001 et seq. ("ERISA").

11. Because the Complaint seeks relief for "breach of contract" as to these plans, the causes of action asserted arise pursuant to ERISA § 502, 29 U.S.C. § 1132, and any state law bases for relief are completely preempted, and therefore, properly removable to this Court. *See, e.g., Aetna Health Inc. v. Davila*, 542 U.S. 200, 209 (2004) ("[A]ny state-law cause of action that duplicates, supplements, or supplants the ERISA civil enforcement remedy conflicts with the clear congressional intent to make the ERISA remedy exclusive and is therefore preempted.").

12. Therefore, this Court has subject matter jurisdiction over Plaintiff's Complaint because Plaintiff asserts a claim over which the District Courts of the United States have original jurisdiction under 28 U.S.C. § 1331.

13. Plaintiff's Complaint is also properly removable to this Court. The Civil Court of the City of New York, County of New York is located in the Southern District of New York. 28 U.S.C. § 112.

14. Pursuant to 28 U.S.C. § 1446(b)(3), this Notice of Removal is timely because Plaintiff's Complaint did not provide sufficient detail to permit removal, and because Defendant filed this Notice of Removal within 30 days after it received, on May 15, 2014, EOBs evidencing that Plaintiff's Complaint related to ERISA-governed plans.

3

3109629-1

15.    Pursuant to 28 U.S.C. § 1446(d), copies of this Notice of Removal will be filed with the Clerk of the Civil Court of the City of New York, New York County, as an exhibit to a Notice of Filing and will be served upon counsel for Plaintiff.  Attached as Exhibit B is a true and correct copy of the Notice of Filing to the Civil Court.

WHEREFORE, Defendant Aetna requests that this action proceed as an action removed to this Court.

CONNELL FOLEY LLP

DATED:  June 11, 2014                     By:

NEIL V. SHAH (NS6015)
nshah@connellfoley.com
85 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 535-0500
Facsimile: (973) 535-0500

-and-

888 Seventh Avenue, 9th Floor
New York, NY 10106
Telephone: (212) 262-2390
Facsimile: (212) 262-0050

*Attorneys for Defendant*
*Aetna Life Insurance Company*

4

3109629-1

# EXHIBIT A

Received

MAR 27 2014

CIVIL COURT OF THE CITY OF NEW YORK HIPAA Member Rights Team
COUNTY OF NEW YORK                                          Index No. 008232
BARRY COHEN, M.D.

**SUMMONS**

plaintiff,

-against-

Plaintiff's Address

515 East 72nd Street – Apt. 30A
New York, New York 11746-4026
Defendant's place of business
and transaction arose in the
County of New York

MAR 20 2014
NEW YORK COUNTY
CIVIL COURT

AETNA U.S. HEALTHCARE INSURANCE COMPANY

defendant.

_____X

To the above named defendant

        **You are hereby summoned** to appear in the Civil Court of the
City of New York, County of New York at the office of the said Court at
111 Centre Street, in the County of New York, City and State of New
York, within the time provided by law as noted below and to file your
answer to the -endorsed summons- with the Clerk: upon your failure to
answer judgment will be taken against you for the sum of $ 85,567.00 or
the maximum jurisdictional amount with interest thereon from the 7th
day of December, 2011 together with the costs of this action.

Dated: March 15, 2014

RECEIVED
2 28 2014
LAW OPERATIONS

_____
Robert A. Santucci
Attorneys for Plaintiffs:

Defendant's Address:
Aetna U.S. Healthcare Ins. Co.        SANTUCCI LAW OFFICES
99 Park Avenue                        30 Wall Street – 8th Floor
New York, New York 10016              New York, New York 10005-2205
   (212) 457-0417                        (212) 709-8357

Note. The law provides that: (a) If this summons is served by its delivery to you personally within the
City of New York, you must appear and answer within TWENTY days after such service; or
        (b) IF this summons is served by delivery to any other than you personally, or is served
outside the City of New York, or by publication, or by any means other than personal delivery to you
within the City Of New York, you are allowed THIRTY days after proof of service thereof is filed with
the Clerk of this Court within which to appear and answer.
*If the cause of action is for money only and a formal complaint is not attached to the summons,
strike the words "annexed complaint." If a formal complaint is attached to the summons, strike
the words "endorsed summons."

## ENDORSED COMPLAINT

A statement of the nature and substance of the plaintiff's cause of action is follows:

Jurisdiction and Venue: Plaintiff is a medical doctor with a place of business in the County of New York, State of New York. Upon information and belief, defendant is a domestic corporation with a place of business at 99 Park Avenue, New York, New York 10016 and who transacts business within the City and State of New York. This transaction arose in the County, City, and State of New York.

First Cause of Action: This is an action for breach of contract. Heretofore defendant or its agent issued to individuals medical insurance coverage. That the Plaintiff was an independent contractor of Island Medical Services and a non participating medical provider of the Defendant. That on or about or between July 7, 2011 and March 15, 2014 plaintiff provided medical services to individuals who assigned the medical insurance benefits to the plaintiff and plaintiff submitted medical claims to the defendant in the amount of $ 64,177.00 which the defendant arbitrarily and capriciously partially paid, refused to pay and deducted payments made as overpayments to an entity Island Medically Services. Plaintiff has exhausted all administrative remedies.

Second Cause of Action: To recover reasonable attorney fees from the Defendant in the amount of $ 21,390.00

Attorneys for Plaintiff:

SANTUCCI LAW OFFICES

30 Wall Street - 8th Floor

New York, New York 10005-2205

(212) 709-8357

Index No.
CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

---

BARRY COHEN, M.D.

plaintiff,

-against-

AETNA U.S. HEALTHCARE INSURANCE COMPANY

defendant.

---

SUMMONS AND COMPLAINT

---

SANTUCCI LAW OFFICES
Attorneys for Plaintiff
30 Wall Street
8th Floor
New York, New York 10005-2205
(212) 709-8357

Case 1:14-cv-04697-LGS   Document 1   Filed 06/26/14   Page 9 of 11

SANTUCCI LAW OFFICES
30 Wall Street - 8th Floor
New York, New York 10005-2205

MIG-ISLAND NY 117

25 MAR 2014 PM 3 L

Aetna US Healthcare
151 Farmington Avenue
Hartford, CT 06156

RX65

06156

# EXHIBIT B

Neil V. Shah
CONNELL FOLEY LLP
888 7th Avenue, 9th Floor
New York, New York  10106
*Attorneys for Defendant*
*Aetna Life Insurance Company*

**CIVIL COURT OF THE CITY OF NEW YORK**
**COUNTY OF NEW YORK**

| | |
|---|---|
| BARRY COHEN, M.D., <br><br> Plaintiff, <br><br> -against- <br><br> AETNA U.S. HEALTHCARE INSURANCE COMPANY, <br><br> Defendant. | Index No.  CV-008232-14/NY <br><br> **NOTICE TO CLERK OF CIVIL COURT OF FILING NOTICE OF REMOVAL** |

To:    Clerk of the Civil Court
       of the City of New York, County of New York
       111 Centre Street
       New York, New York 10013

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Aetna Life Insurance Company, improperly sued as Aetna U.S. Healthcare Insurance Company, filed on this 11th day of June 2014, a Notice of Removal of the above-captioned matter in the United States District Court for the Southern District of New York.  Pursuant to 28 U.S.C. § 1446(d), this affects the removal of the case, and the Civil Court may proceed no further unless the case is remanded.

A true and correct copy of the Notice of Removal is attached hereto as Exhibit A.

CONNELL FOLEY LLP
*Attorneys for Defendant*
*Aetna Life Insurance Company*

DATED: June 11, 2014

By: _____
       NEIL V. SHAH

3109632-1