USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/16/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
:
BARRY COHEN, M.D.
:
:
Plaintiff(s),          :
:
-v-          :
:
AETNA U.S. HEALTH CARE          :
INSURANCE COMPANY          :
Defendant(s).          :
:
-----------------------------------------------------------X

14 Civ. 04697 (LGS)
FIRST AMENDED
CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING
ORDER

LORNA G. SCHOFIELD, United States District Judge:

This Civil Case Management Plan is submitted by the parties in accordance with Fed. R. Civ. P. 26(f)(3).

1.    All parties [consent _____ / do not consent ___X___] to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. *[If all parties consent, the remaining paragraphs need not be completed.]*

2.    The parties [have __X__ / have not _____] conferred pursuant to Fed. R. Civ. P. 26(f).

3.    This case is governed by one of the following sets of rules and the parties' proposed dates in this order have been adjusted accordingly.

    a.    An employment case governed by the Initial Discovery Protocols for Employment cases? http://www.nysd.uscourts.gov/cases/show.php?db=judge_info&id=713. [Yes _____ / No ___X___]

    b.    A § 1983 case governed by the Plan for Certain § 1983 Cases Against the City of New York? http://www.nysd.uscourts.gov/rules/1983%20Revised%20Plan%20and%20Exhibits.11.22.2013.pdf. [Yes _____ / No ___X___]

    c.    A complex case, designated as such on the docket sheet, subject to the Case Management Techniques for Complex Cases? http://www.nysd.uscourts.gov/rules/Complex_Civil_Rules_Pilot.pdf. [Yes _____ / No ___X___]

    d.    A patent case subject to the Local Patent Rules? http://www.nysd.uscourts.gov/rules/Standing_Order_In_re_Local_Patent_Rules.pdf. [Yes _____ / No ___X___]

Revised July 31, 2014

4.   Alternative Dispute Resolution/Settlement

   a.   Settlement discussions [have __X__ / have not _____] taken place.

   b.   Counsel for the parties have discussed an informal exchange of information in aid
        of early settlement and have agreed to exchange the following:

        _____N/A_____
        _____
        _____

   c.   Counsel for the parties have discussed the use of the following alternate dispute
        resolution mechanisms for use in this case:  (i) a settlement conference before a
        Magistrate Judge; (ii) participation in the District's Mediation Program; and (iii)
        retention of a private mediator.  Counsel for the parties propose the following
        alternate dispute resolution mechanism for this case:

        Settlement conference before a Magistrate Judge
        _____

   d.   Counsel for the parties recommend that the alternate dispute resolution
        mechanism designated in paragraph 4(b) be employed at the following point in
        the case (e.g., within the next 60 days; after the deposition of plaintiff is
        completed (specify date); after the close of fact discovery):

        the parties cannot agree as to when the settlement
        conference should take place and there fore request
        that the Court set an appropriate deadline

   e.   The use of any alternative dispute resolution mechanism does not stay or modify
        any date in this Order.

5.   No additional parties may be joined after _____ without leave of Court.

6.   Amended pleadings may be filed without leave of Court until _____.

7.   Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than
     ___14___ days from the date of this Order.  *[Within 14 days of the parties' Rule 26(f)
     conference, absent exceptional circumstances.]*

2

8. Fact Discovery                                    02/20/2015

   a. All fact discovery shall be completed no later than ~~01/09/2015~~ _____.
      *[A period not to exceed 120 days, unless the Court finds that the case presents unique complexities or other exceptional circumstances.]*

   b. Initial requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be served by December 1, 2014 .

   c. Interrogatories pursuant to Fed. R. Civ. P. 33 shall be served by December 1, 2014 .

   d. Depositions pursuant to Fed. R. Civ. P. 30, 31 shall be completed by December 19, 2014 .

   e. Requests to admit pursuant to Fed. R. Civ. P. 36 shall be served by December 1, 2014 .

   f. Any of the deadlines in paragraphs 8(b) through 8(e) may be extended by the written consent of all parties without application to the Court, provided that all fact discovery is completed by the date set forth in paragraph 8(a).

9. ~~Expert Discovery [if applicable]~~

   a. ~~Anticipated types of experts if any:~~
      ~~N/A at this time.~~

   b. ~~All expert discovery shall be completed no later than~~ _____.
      *~~[Within 45 days from the date in paragraph 8(a), i.e., the completion of all fact discovery, absent exceptional circumstances.]~~* ~~Omit~~ unless types of experts are identified.

   c. ~~By _____ [no later than one month before the date in paragraph 8(a), i.e., the completion of all fact discovery] the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 9(a).~~

10. This case [is _____ / is not   X   ] to be tried to a jury.

11. Counsel for the parties have conferred and their present best estimate of the length of trial is ___3-5 days___.

3

12.   Other issues to be addressed at the Initial Pretrial Conference, including those set forth in
      Fed. R. Civ. P. 26(f)(3), are set forth below.
      _Because this case involves private health_
      _information the parties respectfully request_
      _the entry of a qualified HIPAA protective order._

13.   Status Letters and Conferences   02/13/2015
                         11/10/2014 & 01/23/2015

      a.   By _____ *[60 days after the commencement of fact discovery]*, the parties
           shall submit a status letter explaining what discovery has taken place, what
           discovery remains, and how the parties are acting diligently to meet the discovery
           deadline.

      b.   By _____ *[14 days after the close of fact discovery]*, all counsel must
           confer to discuss settlement and jointly advise the Court in writing whether or not
           they request a referral for settlement discussions as provided in Paragraph 4(c)
           above 03/05/2015 at 10:40 A.M.

      c.   On ~~01/29/2015~~   at ~~10:30~~ A.M. *[usually 14 days after the close of
           discovery]*, a case management conference shall be held. The conference will
           serve either as a pre-motion conference for any party seeking to file a summary
           judgment motion, or a scheduling conference for trial.

           i.    A party wishing to file a summary judgment motion shall file a pre-motion
                 letter, and any party wishing to oppose also shall file a letter at the times
                 and in the form provided in the Court's Individual Rule III.A.1. The Court
                 will set the briefing schedule at the conference. The Court will set a firm
                 trial date after a decision on any summary judgment motion.

           ii.   If no pre-motion letters are timely filed, at the Case Management
                 Conference, the Court will set dates for a final pre-trial order, other pre-
                 trial submissions, a final pre-trial conference and trial. The trial date will
                 be firm.

4

This Order may not be modified or the dates herein extended, except by further Order of this Court for good cause shown.  Any application to modify or extend the dates herein (except as provided in paragraph 8(f)) shall be made in a written application in accordance with the Court's Individual Rules and shall be made no less than 2 business days prior to the expiration of the date sought to be extended.

The Clerk of Court is directed to enter the dates under paragraphs 5, 6, 8(a), 9(b)-(c) and 13(a)-(c) into the Court's calendar.

SO ORDERED.

Dated:  December 16, 2014
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Counsel for the Parties:

Robert A. Santucci, Esq.

(RS6496)

Neil V. Shah, Esq.

(NS6015)

5